# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2018

157421

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

VINCENT BURGESS,
      Plaintiff,

v

                                              SC:  157421

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

_____/

      On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



a0613

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2018



Clerk